JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>EUROSHINE, INC., a California corporation,<br><br>            Defendant. | CASE NO. 2:16-cv-01306 AB(ASx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT and terms of the Settlement Agreement by an between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company and Defendants, EUROSHINE, INC., a California corporation and BEATA K. VASS, an individual, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment is entered in favor of **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a**

-1-

**Delaware limited liability company**, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California,  Fund For Construction Industry Advancement,  Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California and Southern California Partnership for Jobs Trust Funds and against **EUROSHINE, INC., a California corporation and BEATA K. VASS, an individual,** in the principal sum of $12,410.00 covering the period from January 1, 2012 to December 31, 2015.

DATED:  August 17, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

306570.1

-2-